No. 713. UNITED STATES *v.* MANUFACTURERS AIRCRAFT ASSN., INC. February 5, 1934. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biggs* for the United States. *Mr. William Wallace* for respondent.

No. 753. CRAFT ET AL. *v.* HIRSH. See *ante,* p. 644.

No. 751. BEARD *v.* ADERHOLD, WARDEN. February 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Leslie Beard, pro se.* No appearance for respondent.

No. 741. MILLER, EXECUTOR, ET AL. *v.* SECURITY FIRST NATIONAL BANK OF LOS ANGELES, TRUSTEE. February 12, 1934. The motion of petitioners to dispense with the printing of the record is granted. Upon consideration of the petition and brief, and upon examination of the certified record, the Court finds no ground upon which a writ of certiorari should be granted, and the petition therefor is accordingly denied. *Messrs. Edwin J. Miller* and *Will R. King* for petitioners. No appearance for respondent.

No. 672. NATIONAL REFINING CO. ET AL. *v.* PENNSYLVANIA PETROLEUM CO. February 12, 1934. On consideration of the motion of counsel for the petitioners, it is ordered that the passage in respondent's brief, at pages 50 to 53 thereof, of which